**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 5, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00826-CV

**TOMAS TINOCO, Appellant**

**V.**

**TROY CAPITAL, LLC, Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1142190**

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 16, 2020. On July 26, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.